El Pueblo *v.* García *alias* Chivero.

Apelación procedente de la Corte de Distrito de Mayagüez.

No. 104.—Resuelto en noviembre 6, 1907.

Apelación—Errores Manifiestos.—No apareciendo de los autos que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

El presente caso procede de la corte municipal de Mayagüez, donde se formuló una denuncia por abuso de confianza. Interpuesta apelación á la Corte de Distrito, se celebró un juicio, condenando dicha corte al acusado á sufrir dos meses de cárcel y al pago de las costas. La causa se encuentra ante este tribunal en apelación, pero la prueba no ha sido certificada en forma alguna, y puesto que no hemos encontrado error alguno en los autos, debe confirmarse la sentencia recurrida.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.